IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CIVIL DIVISION

| | |
|---|---|
| BRENT A. ADKINS,<br>Plaintiff, | §<br>§<br>§<br>§ Case No. 1:17-cv-00643-SJD |
| v. | §<br>§ Judge Susan J. Dlott |
| MARATHON PETROLEUM<br>COMPANY, LP,<br>Defendant. | §<br>§<br>§ |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION
### FOR EXTENSION OF EXPERT DEADLINES

After considering Plaintiff's unopposed motion for an extension of expert witness deadlines, the Court finds that there is good cause to extend the deadlines for naming and disclosing experts, and GRANTS Plaintiff's unopposed motion to extend the deadlines set forth in the Court's June 22, 2018 Preliminary Pretrial Order, as follows:

Plaintiff's Primary Expert now due by 3/1/2019; and

Defendant's Primary Expert now due by 5/1/2019.

The discovery deadline of 5/30/2019 shall remain unchanged, and nothing in this Order shall affect or amend any other case deadlines.

SIGNED on *Jan 29*, 2019.

*Susan J. Dlott*
U.S. DISTRICT JUDGE DLOTT