IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brent A. Adkins,

    Plaintiff(s),

vs.

Marathon Petroleum Company, LP,

    Defendant(s).

Case Number: 1:17cv643

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 27, 2020 (Doc. 97), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 10, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for sanctions and for leave to name an additional expert witness (Doc. 84) is DENIED.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court