# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CIVIL DIVISION

| | |
|---|---|
| BRENT A. ADKINS, | : |
| Plaintiff, | : |
| vs. | : Case No. 1:17-CV-00643-SJD |
| MARATHON PETROLEUM COMPANY, LP, | : Judge Susan J. Dlott |
| | : Magistrate Judge Karen L. Litkovitz |
| Defendant. | : |

## ORDER

For good cause shown, the Court finds that except for the limited deposition of Defendant Marathon Petroleum Company, LP's corporate representative, fact discovery is complete. Plaintiff needs to complete expert depositions only, and then both parties anticipate filing dispositive motions and motions in limine to strike expert testimony pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Marathon's expert witnesses shall be deposed before February 26, 2021 to the extent Plaintiff has an interest in taking these depositions.

Dispositive motions, including motions in limine to strike expert testimony pursuant to *Daubert*, must be filed on or before the following dates:

- May 3, 2021 – Motions Due
- June 14, 2021 – Memoranda in Opposition Due; and
- July 12, 2021 – Reply Briefs Due.

The parties must comply with all requirements for filing motions stated in the Court's Standing Order on Civil Procedures.

The Court will set dates for the final pretrial conference and trial at a later time.

IT IS SO ORDERED.

Dated this 2nd day of February, 2021.

BY THE COURT:

*Susan J. Dlott*
Susan J. Dlott
United States District Judge

0105786.0643309 4821-4118-6005v1